# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-03121-SCJ-JCF
### Equal Employment Opportunity Commission v. Life University, Inc.
### Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 05/29/2018.

TIME COURT COMMENCED: 09:30 A.M.
TIME COURT CONCLUDED: 05:51 P.M.          TAPE NUMBER: #FTR
TIME IN COURT: 08:21                      DEPUTY CLERK: Hampton Watson
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ottrell Edwards representing Equal Employment Opportunity Commission <br> Barclay Hendrix representing Life University, Inc. <br> Frank Strickland representing Life University, Inc. |
| OTHER(S) PRESENT: | Lakisha Duckett Zimbabwe representing Equal Employment Opportunity Commission <br> Shaundy Thomas <br> Channon Williams (by telephone) <br> William D. Jarr, Executive Vice President, Finance, of Life University, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The Court held a settlement conference and the parties reached a settlement agreement resolving all claims in this action. |